IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| **PETER J. LYNCH**,<br><br>　　PLAINTIFF,<br><br>　VS.<br><br>**KATHRYN ANNE DONNELLY**, IN HER OFFICIAL CAPACITY AS VIRGIN ISLANDS SPECIAL DESIGNATED DISCIPLINARY COUNSEL AND IN HER INDIVIDUAL CAPACITY, AND **TANISHA BAILEY-ROKA**, IN HER OFFICIAL CAPACITY AS VIRGIN ISLANDS CHIEF DISCIPLINARY COUNSEL, AND IN HER INDIVIDUAL CAPACITY,<br><br>　　DEFENDANTS. | **CASE NO. 3:24-CV-00043** |

### NOTICE OF APPEARANCE

Please enter the appearance of Andrew C. Simpson, P.C., through undersigned counsel, as counsel for Defendant Tanisha Bailey-Roka.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　**ANDREW C. SIMPSON, P.C.**,
　　　　　　　　　　　　　　　　　　　Counsel for Tanisha Bailey-Roka

Dated: September 26, 2024

　　　　　　　　　　　　　　　　　　　　/s/ Andrew C. Simpson
　　　　　　　　　　　　　　　　　　　By: Andrew C. Simpson, Esq.
　　　　　　　　　　　　　　　　　　　VI Bar No. 451
　　　　　　　　　　　　　　　　　　　ANDREW C. SIMPSON, P.C.
　　　　　　　　　　　　　　　　　　　2191 Church Street, Suite 5
　　　　　　　　　　　　　　　　　　　Christiansted, VI 00820
　　　　　　　　　　　　　　　　　　　Tel: 340.719.3900

asimpson@coralbrief.com