# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| **PETER J. LYNCH,** | |
| Plaintiff, | Civil No. 3:24-cv-00043 |
| v. | |
| **KATHRYN ANNE DONNELLY,** in her Official Capacity as Virgin Islands Special Designated Disciplinary Counsel, and in her Individual Capacity, and **TANISHA BAILEY-ROKA,** in her Official Capacity as Virgin Islands Chief Disciplinary Counsel, and in her Individual Capacity, | **COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES** |
| Defendants. | |

## ORDER

**AND NOW**,

**IT IS HEREBY ORDERED** that Chief Disciplinary Counsel Tanisha Bailey-Roka's and Special Designated Disciplinary Counsel Kathryn Anne Donnelly's Reply to Opposition to Joint Motion to Transfer to Division of St. Croix is hereby **GRANTED.**

**SO ORDERED** this _____ day of _____, 2024.

_____
G. ALAN TEAGUE, U.S. MAGISTRATE JUDGE
DISTRICT COURT OF THE VIRGIN ISLANDS