# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF THE VIRGIN ISLANDS

| | | |
|---|---|---|
| PETER J. LYNCH | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 3:24-43 |
| | : | |
| ATTY KATHRYN ANNE DONNELLY, | : | |
| ATTY TANISHA BAILEY-ROKA | : | |

## ORDER

**AND NOW**, this 4th day of October 2024, following reassignment (ECF 34), upon considering Plaintiff's September 24, 2024 first amended Complaint (ECF 26) mooting the pending Motions to dismiss and strike (ECF 17, 19), and Defendant's Motion for transfer of vicinage to St. Croix with Responses (ECF 25, 31, 33), and for good cause, it is **ORDERED** we **DENY:**

1. Defendants' Motion to dismiss (ECF 17) and Motion to strike (ECF 19) **as moot** but reminding Defendants of their obligation under the Federal Rules to respond to the amended Complaint (ECF 26) by no later than **October 8, 2024**; and,

2. Defendants' Motion to transfer (ECF 25) without prejudice to preserve as a defense and move for transfer following the close of the pleadings when we may have the benefit of understanding convenience for the issues during discovery mindful Plaintiff chose this vicinage and venue is properly laid in this District.

**KEARNEY, J.**