IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| **PETER J. LYNCH,**<br><br>　　　　　**Plaintiff,**<br><br>　　v.<br><br>**KATHRYN ANNE DONNELLY,** in her Official Capacity as Virgin Islands Special Designated Disciplinary Counsel, and in her Individual Capacity, and **TANISHA BAILEY-ROKA,** in her Official Capacity as Virgin Islands Chief Disciplinary Counsel, and in her Individual Capacity,<br><br>　　　　　**Defendants.** | Civil No. 3:24-cv-00043 |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that H. Marc Tepper, Esquire of Buchanan Ingersoll & Rooney PC hereby enters his Appearance on behalf of Defendants Tanisha Bailey-Roka, Esq., Chief Disciplinary Counsel and Kathryn Anne Donnelly, Esq., Special Designated Disciplinary Counsel of the Supreme Court of the Virgin Islands, and hereby requests that all notices, pleadings, and discovery in the above-captioned matter be served on the undersigned counsel at the address below.

**BUCHANAN INGERSOLL & ROONEY PC**

BY: *s/ H. Marc Tepper*
H. Marc Tepper (VI Bar No. 22629)
Two Liberty Place
50 S. 16th Street, Suite 3200
Philadelphia, PA 191002
T: (215) 665-3864
F: (215) 665-8760
marc.tepper@bipc.com

*Counsel for Defendants Tanisha Bailey-Roka and Kathryn Anne Donnelly*

Date:　October 7, 2024

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this day I caused a copy of the foregoing Notice of Appearance to be electronically filed with the Clerk via CM/ECF.  Notice of this filing will be sent by email to all parties by operation of the court's electronic filing systems.  Parties may access the filing through the Court's CM/ECF System


Dated: October 7, 2024      */s/ H. Marc Tepper*
               H. Marc Tepper