**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**

**DIVISION OF ST. THOMAS AND ST. JOHN**

| | |
|---|---|
| PETER J. LYNCH,<br><br>                            **Plaintiff,**<br><br>    v.<br><br>KATHRYN ANNE DONNELLY, in her Official Capacity as Virgin Islands Special Designated Disciplinary Counsel, and in her Individual Capacity, and TANISHA BAILEY-ROKA, in her Official Capacity as Virgin Islands Chief Disciplinary Counsel, and in her Individual Capacity,<br><br>                            **Defendants.** | Civil No. 3:24-cv-00043<br><br>COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES |

**KATHRYN ANNE DONNELLY'S AND TANISHA BAILEY-ROKA'S JOINT MOTION TO DISMISS FIRST AMENDED VERIFIED COMPLAINT**

    **COME NOW,** Kathryn Anne Donnelly, Esq., Special Designated Disciplinary Counsel and Tanisha Bailey-Roka, Esq., Chief Disciplinary Counsel for the Judiciary of the United States Virgin Islands, by and through the undersigned counsel, and hereby jointly move this Honorable

*Peter J. Lynch v. Kathryn Anne Donnelly, et al.*
Civil No. 3:24-cv-00043
Joint Motion to Dismiss First Amended Verified Complaint

Court to dismiss the foregoing action pursuant to FRCP, 12(b)(1), (2), (4), (5), (6), 12(e) and 12(f), and file their Memorandum of Law herewith.

DATED: October 8, 2024                                  **RESPECTFULLY SUBMITTED**,

By: /s/ Paul L. Gimenez                                  By: /s/ H. Marc Tepper
Paul L. Gimenez, Esq., Bar # 225                         H. Marc Tepper, Esq., Bar #22629
General Counsel                                          Buchanan Ingersoll & Rooney PC
Judicial Branch of the V.I.                              Two Liberty Place
P.O. Box 70                                              50 S. 16th Street, Suite 3200
St. Thomas, VI  00804                                    Philadelphia, PA 19102-2555
Telephone (340) 693-6420                                 T: (215) 665-3864
paul.gimenez@vicourts.org                                F: (215) 665-8760
*Attorney for Defendants*                                marc.tepper@bipc.com
                                                         *Attorney for Defendants*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 8th day of October 2024, I caused a true and exact copy of the foregoing to be served through the Court's electronic filing system, via email upon the registered parties.

/s/ Paul L. Gimenez, Esq.