# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| **PETER J. LYNCH,**<br><br>　　　　　　　　**Plaintiff,**<br><br>　　v.<br><br>**KATHRYN ANNE DONNELLY, in her Official Capacity as Virgin Islands Special Designated Disciplinary Counsel, and in her Individual Capacity, and TANISHA BAILEY-ROKA, in her Official Capacity as Virgin Islands Chief Disciplinary Counsel, and in her Individual Capacity,**<br><br>　　　　　　　　**Defendants.** | Civil No. 3:24-cv-00043<br><br>COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES |

## ORDER

　　**AND NOW,**

　　**IT IS HEREBY ORDERED** that Special Designated Disciplinary Counsel Kathryn Anne Donnelly's and Chief Disciplinary Counsel Tanisha Bailey-Roka's Joint Motion to Dismiss First Amended Verified Complaint is hereby **GRANTED.**

　　**SO ORDERED** this _____ day of _____, 2024.

_____
MARK A. KEARNEY, JUDGE
DISTRICT COURT OF THE VIRGIN ISLANDS