# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS

# DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| **PETER J. LYNCH,**<br><br>    Plaintiff,<br><br> v.<br><br>**KATHRYN ANNE DONNELLY,** in her Official Capacity as Virgin Islands Special Designated Disciplinary Counsel, and in her Individual Capacity, and **TANISHA BAILEY-ROKA,** in her Official Capacity as Virgin Islands Chief Disciplinary Counsel, and in her Individual Capacity,<br><br>    Defendants. | Civil No. 3:24-cv-00043<br><br><br><br>**COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES** |

### ATTORNEY KATHRYN ANNE DONNELLY'S AND ATTORNEY TANISHA BAILEY-ROKA'S JOINT MOTION TO STRIKE AND ALTERNATELY FOR A MORE DEFINITE STATEMENT AND TO QUASH SERVICE OF PROCESS

**COME NOW,** Kathryn Anne Donnelly and Tanisha Bailey-Roka, in their official and individual capacities, by and through the undersigned counsel, and hereby jointly move this Honorable Court to strike portions of the Verified Complaint filed herein and/or for the Court to

*Peter J. Lynch v. Kathryn Anne Donnelly, et al.*
Civil No. 3:24-cv-00043
Joint Motion to Strike and Alternately for a More Definite Statement and to Quash Service of Process

order the filing of a more definite statement, and quash service of process, pursuant to Rule12(e) and (f) of the Federal Rules of Civil Procedure, and file their Memorandum of Law herewith.

DATED: October 8, 2024                                  RESPECTFULLY SUBMITTED,

By: /s/ Paul L. Gimenez                                 By: /s/ H. Marc Tepper
Paul L. Gimenez, Esq., Bar # 225                        H. Marc Tepper, Esq., Bar #22629
General Counsel                                         Buchanan Ingersoll & Rooney PC
Judicial Branch of the V.I.                             Two Liberty Place
P.O. Box 70                                             50 S. 16th Street, Suite 3200
St. Thomas, VI 00804                                    Philadelphia, PA 19102-2555
Telephone (340) 693-6420                                T: (215) 665-3864
paul.gimenez@vicourts.org                               F: (215) 665-8760
*Attorney for Defendants*                               marc.tepper@bipc.com
                                                        *Attorney for Defendants*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of October 2024, I caused a true and exact copy of the foregoing to be served through the Court's electronic filing system, via email upon the registered parties.

/s/ Paul L. Gimenez, Esq.