IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| PETER J. LYNCH,<br><br>                            Plaintiff,<br><br>      v.<br><br>KATHRYN ANNE DONNELLY, in her Official Capacity as Virgin Islands Special Designated Disciplinary Counsel, and in her Individual Capacity, and TANISHA BAILEY-ROKA, in her Official Capacity as Virgin Islands Chief Disciplinary Counsel, and in her Individual Capacity,<br><br>                            Defendants. | Civil No. 3:24-cv-00043<br><br><br>COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES |

## ORDER

**AND NOW**,

**IT IS HEREBY ORDERED** that Attorney Kathryn Anne Donnelly's and Attorney Tanisha Bailey-Roka's Joint Motion to Strike and Alternately for a More Definite Statement and to Quash Service of Process is hereby **GRANTED.**

**SO ORDERED** this _____ day of _____, 2024.

_____
MARK A. KEARNEY, JUDGE
DISTRICT COURT OF THE VIRGIN ISLANDS