IN THE DISTRICT COURT OF THE VIRGIN ISLANDS

DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| **PETER J. LYNCH,**<br><br>　　　　**Plaintiff,**<br><br>　　v.<br><br>**KATHRYN ANNE DONNELLY, in her Official Capacity as Virgin Islands Special Designated Disciplinary Counsel, and in her Individual Capacity, and TANISHA BAILEY-ROKA, in her Official Capacity as Virgin Islands Chief Disciplinary Counsel, and in her Individual Capacity,**<br><br>　　　　**Defendants.** | **Civil No. 3:24-cv-00043**<br><br>**COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES** |

## NOTICE OF UNAVAILABILITY

**PLEASE TAKE NOTICE** that Paul L. Gimenez, Esquire, Counsel of record for Defendants Kathryn Anne Donnelly and Tanisha Bailey-Roka, will be unavailable during the period of **October 11, 2024,** through **October 20, 2024,** as the result of prepaid travel plans, during which time Counsel will have limited connectivity.

Therefore, the undersigned respectfully requests that during the aforementioned period of time no hearings or deadlines be scheduled.

　　　　　　　　　　　　　　　　　　　　**RESPECTFULLY SUBMITTED**,

Dated:  October 10, 2024　　　　　　　/s/Paul L. Gimenez
　　　　　　　　　　　　　　　　　　　　Paul L. Gimenez, Esq., Bar #225
　　　　　　　　　　　　　　　　　　　　General Counsel
　　　　　　　　　　　　　　　　　　　　Judicial Branch of the V.I.
　　　　　　　　　　　　　　　　　　　　P.O. Box 70
　　　　　　　　　　　　　　　　　　　　St. Thomas, VI 00804
　　　　　　　　　　　　　　　　　　　　Telephone: (340) 693-6420
　　　　　　　　　　　　　　　　　　　　paul.gimenez@vicourts.org
　　　　　　　　　　　　　　　　　　　　*Attorney for Defendants*

*Peter J. Lynch v. Kathryn Anne Donnelly, et al.*
Civil No. 3:24-cv-00043
Notice of Unavailability

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 10th day of October 2024, I caused a true and exact copy of the foregoing to be served through the Court's electronic filing system, via email upon the registered parties.

/s/Paul L. Gimenez, Esq.