IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

*******

| | |
|---|---|
| PETER J. LYNCH,<br>    Plaintiff,<br>     v.<br>KATHRYN ANNE DONNELLY, in her official capacity as Virgin Islands Special Designated Disciplinary Counsel, and in her Individual Capacity, and<br>TANISHA BAILEY-ROKA, in her Official capacity as Virgin Islands Chief Disciplinary Counsel, and in her Individual Capacity,<br>        Defendants.            / | 3:24-cv-00043<br><br>Complaint for:<br>Injunctive Relief and Damages |

## PLAINTIFF'S OPPOSITION TO DEFENDANTS' JOINT MOTION TO STRIKE THE FIRST AMENDED VERIFIED COMPLAINT

COMES NOW the Plaintiff, Peter James Lynch, Esq., *pro se*, and files his Opposition to the Defendants' Joint Motion to Strike the First Amended Verified Complaint [ECF 39] (the "joint motion"), and says:

Defendants failed to confer prior to filing their Joint Motion to Strike [ECF 39], in violation of this Court's policies, and the motion could be stricken purely on that basis.

For the reasons articulated in Plaintiff's Memorandum in Support of his Opposition to Defendants' Joint Motion to Strike, filed herewith, Plaintiff maintains that this Court has ample justification to Deny Defendants' Joint Motion to Strike the First Amended Verified Complaint [ECF 39].

WHEREFORE Plaintiff Peter J. Lynch, Esq., *pro se*, respectfully requests that this Honorable Court Deny the Defendants' Joint Motion to Strike.

October 29, 2024               Respectfully,

                              *s/ Peter J. Lynch*
                              Peter J. Lynch, Esq., *pro se*
                              c/o FLAG LAW VI
                              PO Box 303300

*Lynch v. Donnelly et al.*, 3:24-cv-43, Plaintiff's Opposition to Defendants' Joint Motion to Strike

<u>Page 2 of 2</u>

St. Thomas, VI 00803
(340) 201-5955 c
(340) 776-7801 o
(888) 481-4960 f
pete@flaglawvi.com

### Certificate of Service

    I hereby certify, under penalties of perjury, that on this 29th day of October, 2024, I filed the foregoing via the District Court of the Virgin Islands' DC/ECF electronic filing system, which serves a copy electronically on the below-listed counsel of record:

Paul Gimenez, Esq.
Marc Tepper, Esq.
Andrew Simpson, Esq.

*s/ Peter J. Lynch*
