# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

*******

| | |
|---|---|
| PETER J. LYNCH,<br>      Plaintiff,<br>  v.<br>KATHRYN ANNE DONNELLY, in her official capacity as Virgin Islands Special Designated Disciplinary Counsel, and in her Individual Capacity, and<br>TANISHA BAILEY-ROKA, in her Official capacity as Virgin Islands Chief Disciplinary Counsel, and in her Individual Capacity,<br>      Defendants.             / | 3:24-cv-00043<br><br>Complaint for:<br>Injunctive Relief and Damages |

## NOTICE OF FILING PROPOSED ORDER
## INADVERTENTLY NOT FILED WITH PLAINTIFF'S OPPOSITION [ECF 42]
## TO DEFENDANTS' JOINT MOTION TO DISMISS [ECF 37]

The Plaintiff, Peter James Lynch, Esq., *pro se*, hereby Gives Notice of Filing his Proposed Order, inadvertently not filed with Plaintiff's Opposition [ECF 42] to Defendants' Joint Motion to Dismiss [ECF 37].

| | |
|---|---|
| November 5, 2024 | Respectfully,<br><br>*s/ Peter J. Lynch*<br>Peter J. Lynch, Esq., *pro se*<br>c/o FLAG LAW VI<br>PO Box 303300<br>St. Thomas, VI 00803<br>(340) 201-5955 c<br>(340) 776-7801 o<br>(888) 481-4960 f<br>pete@flaglawvi.com |

*Lynch v. Donnelly et al.*
3:24-cv-00043
Notice of Filing Proposed Order

Page 2 of 2

## Certificate of Service

      I hereby certify, under penalties of perjury, that on this 5th day of November, 2024, I filed the foregoing via the District Court of the Virgin Islands' DC/ECF electronic filing system, which serves a copy electronically on the below-listed counsel of record:

Paul Gimenez, Esq.
Marc Tepper, Esq.
Andrew Simpson, Esq.

                                                      *s/ Peter J. Lynch*