IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| **PETER J. LYNCH,**<br><br>　　　　　　　**Plaintiff,**<br><br>　　v.<br><br>**KATHRYN ANNE DONNELLY,** in her Official Capacity as Virgin Islands Special Designated Disciplinary Counsel, and in her Individual Capacity, and **TANISHA BAILEY-ROKA,** in her Official Capacity as Virgin Islands Chief Disciplinary Counsel, and in her Individual Capacity,<br><br>　　　　　　　**Defendants.** | Civil No. 3:24-cv-00043 |

**DEFENDANTS KATHRYN ANNE DONNELLY'S AND TANISHA BAILEY-ROKA'S MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF THEIR <u>MOTION TO STRIKE</u>**

Defendants Kathryn Anne Donnelly ("Donnelly"), in her official capacity as Virgin Islands Special Designated Disciplinary Counsel, and in her individual capacity, and Tanisha Bailey-Roka ("Bailey-Roka"), in her official capacity as Chief Disciplinary Counsel for the Judiciary, and her individual capacity (the "Disciplinary Counsel Defendants") hereby move for leave to file a Reply Brief, attached as Exhibit A, that exceeds the 10-page limitation. Further, the Disciplinary Counsel Defendants also seek leave to file the attached Reply Brief within 14 days of Plaintiff's Opposition to the Motion to Strike.[1]

WHEREFORE, the Disciplinary Counsel Defendants respectfully request that this Court grant leave to file a Reply Brief, attached hereto as Exhibit A.

---

[1] See LRCP 6.1(b)(1) and 7.1(c)(4).

*Peter J. Lynch v. Kathryn Anne Donnelly, et al.*
Civil No. 3:24-cv-00043
Motion for Leave to File Reply

Respectfully submitted,

BY: *s/ H. Marc Tepper*
**BUCHANAN INGERSOLL & ROONEY PC**
H. Marc Tepper (VI Bar No. 22629)
Two Liberty Place
50 S. 16th Street, Suite 3200
Philadelphia, PA 19102
T: (215) 665-3864
F: (215) 665-8760
marc.tepper@bipc.com

/s/Paul L. Gimenez
Paul L. Gimenez, Esq., Bar #225
General Counsel
Judicial Branch of the V.I.
P.O. Box 70
St. Thomas, VI 00804
Telephone: (340) 693-6420
paul.gimenez@vicourts.org

*Attorneys for Defendants*

Date: November 12, 2024

2

*Peter J. Lynch v. Kathryn Anne Donnelly, et al.*
Civil No. 3:24-cv-00043
Motion for Leave to File Reply

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 12th day of November 2024, I caused a true and exact copy of the foregoing to be served through the Court's electronic filing system, via email upon the registered parties.

                                                   s/Paul L. Gimenez
                                                   Paul L. Gimenez, Esq.