IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| **PETER J. LYNCH,**<br><br>              **Plaintiff,**<br><br>    v.<br><br>**KATHRYN ANNE DONNELLY,** in her Official Capacity as Virgin Islands Special Designated Disciplinary Counsel, and in her Individual Capacity, and **TANISHA BAILEY-ROKA,** in her Official Capacity as Virgin Islands Chief Disciplinary Counsel, and in her Individual Capacity,<br><br>              **Defendants.** | Civil No. 3:24-cv-00043 |

**NOTICE OF FILING PROPOSED ORDER INADVERTENTLY OMITTED FROM DEFENDANTS' KATHRYN ANNE DONNELLY AND TANISHA BAILEY-ROKA'S MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF THEIR MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED VERIFIED COMPLAINT [ECF 45]**

      Defendants Kathryn Anne Donnelly ("Donnelly"), in her official capacity as Virgin Islands Special Designated Disciplinary Counsel, and in her individual capacity, and Tanisha Bailey-Roka ("Bailey-Roka"), in her official capacity as Chief Disciplinary Counsel for the Judiciary, and her individual capacity (the "Disciplinary Counsel Defendants") hereby gives Notice of Filing their Proposed Order, inadvertently omitted from Defendants' Motion for Leave to File Reply in Support of Their Motion to Dismiss Plaintiff's First Amended Verified Complaint [ECF 45].

Respectfully submitted,
BY: *s/ H. Marc Tepper*
**BUCHANAN INGERSOLL & ROONEY PC**
H. Marc Tepper (VI Bar No. 22629)
Two Liberty Place
50 S. 16th Street, Suite 3200
Philadelphia, PA 19102
T: (215) 665-3864
F: (215) 665-8760
marc.tepper@bipc.com

Paul L. Gimenez, Esq., Bar #225
General Counsel
Judicial Branch of the V.I.
P.O. Box 70
St. Thomas, VI 00804
Telephone: (340) 693-6420
paul.gimenez@vicourts.org

*Attorneys for Defendants*

Date: November 12, 2024

<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY** that on this 12th day of November 2024, I caused a true and exact copy of the foregoing to be served through the Court's electronic filing system, via email upon the registered parties.

*/s/ H. Marc Tepper*
H. Marc Tepper
