IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| **PETER J. LYNCH,**<br><br>    **Plaintiff,**<br><br>  v.<br><br>**KATHRYN ANNE DONNELLY,** in her Official Capacity as Virgin Islands Special Designated Disciplinary Counsel, and in her Individual Capacity, and **TANISHA BAILEY-ROKA,** in her Official Capacity as Virgin Islands Chief Disciplinary Counsel, and in her Individual Capacity,<br><br>    **Defendants.** | Civil No. 3:24-cv-00043 |

**PROPOSED ORDER**

**AND NOW**, this _____ day of _____ 2024, upon consideration of Defendants' Kathryn Anne Donnelly ("Donnelly"), in her official capacity as Virgin Islands Special Designated Disciplinary Counsel, and in her individual capacity, and Tanisha Bailey-Roka ("Bailey-Roka"), in her official capacity as Chief Disciplinary Counsel for the Judiciary, and her individual capacity (the "Disciplinary Counsel Defendants") Motion for Leave to File a Reply In Support of Their Motion to Dismiss Plaintiff's First Amended Verified Complaint, attached hereto as Exhibit A, it is hereby **ORDERED** that the Motion is **GRANTED** and the attached Reply Brief is deemed filed.

                        _____
                        MARK A. KEARNEY, JUDGE
                        DISTRICT COURT OF THE VIRGIN ISLANDS