**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. THOMAS AND ST. JOHN**

| | |
|---|---|
| **PETER J. LYNCH** <br><br> **PLAINTIFF,** <br><br> VS. <br><br> **KATHRYN ANNE DONNELLY,** *ET AL.***,** <br><br> **DEFENDANTS.** | **CASE NO. 3:24-CV-00043** |

**NOTICE OF WITHDRAWAL AS CO-COUNSEL**

Please note the withdrawal of Andrew C. Simpson, P.C., and undersigned counsel, as co-counsel for Defendant Tanisha Bailey-Roka in the captioned matter. Attorney Gimenez, who is already representing Defendant Bailey-Roka, will continue to represent her. Both Defendant Bailey-Roka and Attorney Gimenez have consented to the undersigned's withdrawal as counsel.

Respectfully submitted,

**ANDREW C. SIMPSON, P.C.,**
Counsel for Tanisha Bailey-Roka

Dated: November 15, 2024

  /s/ Andrew C. Simpson
By: Andrew C. Simpson, Esq.
VI Bar No. 451
ANDREW C. SIMPSON, P.C.
2191 Church Street, Suite 5
Christiansted, VI 00820
Tel: 340.719.3900
asimpson@coralbrief.com

1